**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1358

Aldolphus Wilson

- - Versus - -

Louisiana Department of Public Safety & Corrections

19th Judicial District Court
Case #: 683384
East Baton Rouge Parish

On Application for Rehearing filed by Aldolphus Wilson, Sr.

Rehearing _____ Denied _____

_____
Toni Manning Higginbotham

_____
Allison H. Penzato

_____
Walter I. Lanier, III

Date _____ JUL 0 6 2020 _____

_____
Rodd Naquin, Clerk